UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL ALLEN SINKO,

      Plaintiff

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant

No. 3:15-CV-1781

(Judge Nealon)

## ORDER

**AND NOW, THIS 20TH DAY OF APRIL, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Michael Allen Sinko disability insurance benefits is **AFFIRMED**;

3. Judgment is entered in favor of Defendant and against Plaintiff; and

4. The Clerk of Court shall **CLOSE** this case.

                                        /s/ William J. Nealon
                                        United States District Judge